UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOSTRUM LABORATORIES, INC.,

                Plaintiff,                        23-cv-4639 (PKC)

    -against-                            ORDER

EVERSANA LIFE SCIENCES SERVICES,
LLC,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On June 28, 2023 at 10:30 a.m. in Courtroom 11D, the Court will hear Nostrum Laboratories, Inc.'s motion for a preliminary injunction and Eversana Life Science Services, LLC's applications for immediate vacatur of the temporary restraining order and a briefing schedule on a motion to dismiss.

        The principals of Norstrum and Eversana shall meet face to face for no less than one hour on either June 26, 2023 or June 27, 2023 in an effort to reach a global resolution of their disputes. If they cannot agree on an alternate time and place, then they shall meet in the jury room of Courtroom 11D at 9:30 am on June 27, 2023.

        SO ORDERED.

                                                          P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
            June 21, 2023